IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC., | : : : : : | |
| Plaintiff, | : : : | CIVIL ACTION NO. 1:19-CV-4202-LMM |
| v. | : : : | |
| HOWARD D. MASON, III, *et al.*, | : : : : | |
| Defendants. | : | |

## **ORDER**

The Court is in receipt of emails from the parties regarding various actions that have taken place between counsel. The Court has read the information provided. As the communications do not ask for any particular relief, there is nothing currently pending before the Court, and the Court is not issuing any rulings as to these particular issues. The Court will note, however, that Mr. Wersant has multiple cases pending before me. In each of these cases, there are an unusually large number of discovery disputes and ethical issues being raised. At this time, the Court will be addressing only the pending motions in this case. An order on these motions will follow separately.

2

**IT IS SO ORDERED** this 30th day of September, 2020.

                                          **Leigh Martin May**
                                          **United States District Judge**

Case 1:19-cv-04202-LMM   Document 120   Filed 09/30/20   Page 2 of 2