IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC., D/B/A IOU FINANSIAL, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TARINA L. MASON, *et al.*, : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 1:19-cv-04202-LMM |

# **ORDER**

On February 19, 2021, Plaintiff in this matter notified the Court that the parties have reached a settlement. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 19th day of February, 2021.

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.

_____
**Leigh Martin May**
**United States District Judge**