IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC., | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| | : | 1:19-CV-04202-LMM |
| v. | : | |
| | : | |
| | : | |
| HOWARD D. MASON, III, *et al.*, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This case comes before the Court on Plaintiff IOU Central's Motion to

Dismiss Case with Prejudice [152]. Plaintiff seeks to dismiss this matter with

Defendants' consent under Federal Rule of Civil Procedure 41. Plaintiff also

appears to request some additional relief, including that the Court vacate its prior

orders and that the Court discharge and cancel a related Ohio Judgment. Id.

Plaintiff's Motion is **GRANTED in part**. The Court **GRANTS** Plaintiff's

request to dismiss this matter with prejudice under Rule 41. However, Plaintiff

has not provided authority indicating that the Court has jurisdiction to discharge

or cancel the judgment of an Ohio state court. Nor does the Court find that

Plaintiff has provided support for its request for the Court to vacate its prior

2

orders. This dismissal will operate like any other Rule 41 dismissal. Accordingly,

Plaintiff's requests for relief in addition to dismissal are **DENIED**.

## CONCLUSION

Based upon the foregoing, Plaintiff's Motion to Dismiss [152] is

**GRANTED in part** and **DENIED in part**. Plaintiff's request to dismiss this

case with prejudice is **GRANTED**. Plaintiff's requests for additional relief are

**DENIED**. To the extent Plaintiff wants to pursue this additional relief, Plaintiff

can file a separate motion indicating its legal basis for the relief it seeks.


    **IT IS SO ORDERED** this 20th day of April, 2021.

_____

**Leigh Martin May**
**United States District Judge**

2